PETER D. KEISLER
Assistant Attorney General
JOHN K. VINCENT
United States Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
PHILIP A. BERNS
Attorney in Charge
West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation
400 Seventh Street, S.W.
Washington, D.C. 20590
Telephone: (202) 366-5172

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | AT LAW AND IN ADMIRALTY |
| Plaintiff, | Civil No.: Civ.S.-02-1576 FCD(PAN) |
| v. | FINAL JUDGMENT |
| SS INDEPENDENCE (O.N. 261147), its engines, boilers, tackle, apparel, furnishings, bunkers, electronics, spare parts, tools, equipment, and all other appurtenances, etc., _in rem_, | |
| Defendant. | |

(PROPOSED) FINAL JUDGMENT     1     CIV.S-02-1576 FCD(PAN)

The United States of America having commenced this ship mortgage foreclosure action in admiralty against the defendant Vessel SS INDEPENDENCE, its engines, boilers, tackle, apparel, furnishings, bunkers, electronics, spare parts, tools, equipment, and all other appurtenances, etc., in rem, in the principal amount of $25,185,531 (Twenty-Five Million, One Hundred and Eighty-Five Thousand, Five Hundred and Thirty-One Dollars and No Cents), plus the guarantee fee and interest and costs; and

The defendant Vessel, and certain spare parts, appurtenances, etc., having been sold for $4,005,000 (Four Million, Five Thousand Dollars), pursuant to court order, and the sale having been confirmed, and the amount of $3,954,577.66 (Three Million, Nine Hundred and Fifty Four Thousand, Five Hundred and Seventy-Seven Dollars and Sixty-Six Cents) having been deposited with the Court by the Marshal, after deduction of fees and costs; and

Andrew Murray having been the sole claimant-in-intervention, and all other entities and individuals, including the owner of the Vessel, having been defaulted for failure to intervene or file a notice of interest, as appropriate; and

The amount of $3,578,019.33 (Three Million, Five Hundred and Seventy-Eight Thousand, Nineteen Dollars and Thirty-Three Cents) having previously been distributed from said sale proceeds to plaintiff United States of America by agreement of the parties and order of the Court; and

The United States of America having incurred $149,554.26 (One Hundred and Forty Nine Thousand, Five Hundred and Fifty Four Dollars and Twenty Six Cents) in custodia legis expenses and disbursements from the date of the arrest of the Vessel through the date of the confirmation of the sale of the defendant Vessel, a computation of said amount by the Maritime Administration being attached to the Declaration of Jeanne Franken submitted in support hereof; and

The aforesaid attachment also containing a computation of other amounts, including costs and disbursements incurred other than custodia legis expenses, and interest computed through July 3, 2005, said amounts being added to the mortgage amount owed to the United

(PROPOSED) FINAL JUDGMENT          2                              CIV.S-02-1576 FCD(PAN)

1  States pursuant to the mortgage agreement, totaling $28,399,645.24 (Twenty Eight Million,
2  Three Hundred and Ninety Nine Thousand, Six Hundred and Forty Five Dollars and Twenty
3  Four Cents), including the aforesaid interest and costs; and

4  Plaintiff United States of America and claimant-in-intervention Andrew Murray
5  having agreed that Mr. Murray should receive the amount of $125,000.00 (One Hundred and
6  Twenty-Five Thousand Dollars and No Cents) from the proceeds held by the Court, without
7  interest and with each party to bear its own costs, in full and final settlement of his claims
8  herein, and an Order thereto having been entered; and

9  Claimant-in-intervention Andrew Murray having been paid $125,000.00 (One
10 Hundred and Twenty-Five Thousand Dollars and No Cents) from the proceeds held by the
11 Court, and his claim having thus been fully satisfied herein; it is therefore hereby

12 ORDERED AND ADJUDGED that the United States of America is the holder of a
13 valid first preferred ship mortgage on the defendant Vessel in the aforesaid amount of
14 $25,212,860.00, plus the guarantee fee and interest and costs; and it is further

15 ORDERED AND ADJUDGED that the United States of America shall recover its
16 custodia legis expenses and disbursements in the amount of $149,554.26, plus interest; and
17 it is further

18 ORDERED AND ADJUDGED that the United States of America shall receive the
19 balance of the proceeds held by the Court, including any interest thereon; and it is further

20 ORDERED AND ADJUDGED that judgment be entered in favor of the United States
21 of America and against the defendant Vessel, SS INDEPENDENCE, in rem, in the amount
22 of $28,399,645.24 (Twenty Eight Million, Three Hundred and Ninety Nine Thousand, Six
23 Hundred and Forty Five Dollars and Twenty Four Cents); and it is further

24 ORDERED AND ADJUDGED that the ship sales amount, including the amount
25 previously paid to the United States by order of this Court and the amount of the balance
26 presently held by the Court and to be received by the United States, less the amount paid to
27 Murray and the custodia legis expenses awarded, shall be credited to the account of the

28 (PROPOSED) FINAL JUDGMENT            3            CIV.S-02-1576 FCD(PAN)

1  defendant Vessel and to any deficiency owed to the United States under the mortgage
2  agreement with the shipowner; and it is further
3      ORDERED that, as soon as reasonably possible after entry of this Order and Final
4  Judgment, a check be issued by the Clerk of the Court payable to the "United States
5  Department of Justice - Civil Division" in the full amount of the balance remaining in the
6  Court's registry, in partial satisfaction of the Government's judgment herein, and that said
7  check be forwarded to counsel of record for the United States of America..
8      IT IS SO ORDERED AND ADJUDGED this 31ST day of August, 2005 in
9  Sacramento, California.

          /s/ Frank C. Damrell Jr.
          FRANK C. DAMRELL, JR.
          UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

          PETER D. KEISLER
          Assistant Attorney General
          TIMOTHY M. BURGESS
          United States Attorney
          LANE TUCKER
          Chief, Civil Division
          Assistant United States Attorney
          R. MICHAEL UNDERHILL
          Attorney in Charge, West Coast Office
          Torts Branch, Civil Division

Date: 8/30/05          /s/ Jeanne M. Franken
          JEANNE M. FRANKEN
          Trial Attorney
          Torts Branch, Civil Division
          U.S. Department of Justice
          Attorneys for Plaintiff
          United States of America

CERTIFICATE OF SERVICE

I HEREBY CERTIFIED that on  8/30/05 I served a copy of the foregoing Proposed Final Judgment by first-class mail, postage prepaid, to the following:

    Francis A. Monaco, Jr., Esq.
    Joseph J. Bodnar, Esq.
    Walsh Monzack and Monaco, P.A.
    1201 N. Orange Street, Suite 400
    Wilmington, Delaware  19801

    David S. Heller, Esq.
    Josef S. Athanas, Esq.
    Timothy A. Barnes
    Latham & Watkins
    Suite 5800 Sears Tower
    233 South Wacker Drive
    Chicago, Illinois  60606

    Attorneys for Shipowner/Debtor
    Great Independence Ship Company

    Eugene Brodksy, Esq.
    Brodsky, Baskin & Miller, Inc.
    221 Main Street, Suite 1325
    San Francisco, California  94105-3687

    Attorneys for Andrew B. Murray

    Hopeman Brothers Marine Interiors LLC
    435 Essex Avenue
    Waynesboro, Virginia  22980


        /s/ Bonnie Li
        BONNIE LI

(PROPOSED) FINAL JUDGMENT      5      CIV.S-02-1576 FCD(PAN)